[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11689
_____

D.C. Docket No. 1:12-cv-01822-RWS


GREEN PARTY OF GEORGIA,

CONSTITUTION PARTY OF GEORGIA,

                                                    Plaintiffs - Appellees,

versus


BRIAN KEMP, Georgia Secretary of State,

                                                    Defendant - Appellant.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(February 1, 2017)

Before WILSON and JILL PRYOR, Circuit Judges, and BARTLE,* District Judge.

PER CURIAM:

_____

  * Honorable Harvey Bartle III, United States District Judge for the Eastern District of
Pennsylvania, sitting by designation.

The judgment of the district court is affirmed based on the district court's well-reasoned opinion. *See Green Party of Ga. v. Kemp*, 171 F. Supp. 3d 1340 (N.D. Ga. 2016).

**AFFIRMED.**